UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00209-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **CAROL FONSECA** | ) | |
| **CONSTANCE LILLY GRAVES,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant Graves' Unopposed Motion to Continue (#85). This matter has been continued four (4) times by prior Order of this court.

- Order (#38), Entered: September 8, 2016
- Order (#53), Entered: November 10, 2016
- Order (#73), Entered: December 21, 2016
- Order (#78), Entered: March 14, 2017

Having considered such motion and reviewed the pleadings, the court enters the following Order.

Given that defendant Graves was arraigned in September 2016 and defendant Fonseca was arraigned in August 2016, the court would appreciate the benefit of a hearing before granting a fifth continuance in this matter. Defendant Fonseca is joined in this case and no severance has been granted.

**ORDER**

1

**IT IS, THEREFORE, ORDERED** that the court will hold a hearing on the

Unopposed Motion to Continue (#85) at the time of the currently scheduled calendar call.

Signed: April 25, 2017

Max O. Cogburn Jr.
United States District Judge